# Court of Appeals
# of the State of Georgia

ATLANTA,  October 23, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2002. HOUSTON SPECIALTY INSURANCE CO. v. TORUS SPECIALTY INSURANCE CO. et al.**

Upon consideration of the Appellant and Appellee's Consent Motion to Dismiss the Appeal in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/23/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*